**United States District Court for the** SOUTHERN
**District of** OHIO

FILED
JAMES BONINI
CLERK

2012 APR 25 PM 2:59

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

JACK LEMKIN

Plaintiff,

vs.

CASE NO. 2:10-CV-665

HAHN LOESER & PARKS
CRAIG MILLER
MARK WATKINS

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that _____ JACK LEMKIN _____, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from THE GRANTING OF
(the final judgment) (from an

SUMMARY JUDGMENT _____ entered in this action on the __29__ day of
order (describing it))

_____ MARCH _____, 2012 .

(s) JACK LEMKIN-PRO-SE
Address: 37 MEADOWLARK LN
COLUMBUS, OH 43214
614 261 8010

Attorney for _____

cc: Opposing Counsel ✔
    Court of Appeals ✔

6CA-3
1/99